PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

CLERK OF DISTRICT COURT
NORTHERN DIST. OF TX
FORT WORTH DIVISION
FILED

2020 AUG -7 PM 12: 57

DEPUTY CLERK MW

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS**

DAVID SANCHEZ (CID) # 0708061
Plaintiff's Name and ID Number

TARRANT COUNTY / LON AND EVANS
Place of Confinement

CASE NO. 4-20CV-828-P
(Clerk will assign the number)

v.

TARRANT COUNTY JAIL 100 N. LAMAR ST. FT. WORTH TX, 76102
Defendant's Name and Address

LON AND EVANS 600 W. WEATHORFORD ST. FT. WORTH TX, 76102
Defendant's Name and Address

______________________________
Defendant's Name and Address
( DO NOT USE "ET AL.")

**INSTRUCTIONS - READ CAREFULLY**

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of **$400.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:

A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ____YES ✓ NO

B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

1. Approximate date of filing lawsuit: ____________________
2. Parties to previous lawsuit:

   Plaintiff(s) ____________________

   Defendant(s) ____________________
3. Court: (If federal, name the district; if state, name the county.) ____________________
4. Cause number: ____________________
5. Name of judge to whom case was assigned: ____________________
6. Disposition: (Was the case dismissed, appealed, still pending?) ____________________
7. Approximate date of disposition: ____________________

II. PLACE OF PRESENT CONFINEMENT: LON AND EVANS

III. EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure? ✓ YES ___ NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:

A. Name and address of plaintiff: TARRANT COUNTY JAIL 100 N. LAMAR ST. FT. WORTH TX, 76102
LON AND EVANS JAIL 600 W. WEATHORFORD ST. FT. WORTH TX, 76102

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: TARRANT COUNTY JAIL - COUNTY JAIL FOR STATE OF TEXAS, 100 N. LAMAR ST., FT. WORTH TEXAS, 76102

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

ILLEGALLY SEGREGATED IN MAXIMUM-SOLITARY CONFINEMENT AS AN ESCAPE RISK, TWO-TIMES.

Defendant #2: LON AND EVANS - COUNTY JAIL FACILITY FOR STATE OF TEXAS, 600 W. WEATHORFORD ST., FT WORTH TEXAS, 76102

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

ACCEPTED ILLEGAL CLASSIFICATION BY TARRANT COUNTY JAIL, CONFINED ~~DEFENDANT~~ AS A MAXIMUM ESCAPE-RISK.

Defendant #3: ______

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

______

Defendant #4: ______

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

______

Defendant #5: ______

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

______

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

DEFENDANT 1 - I, DAVID SANCHEZ REPORTED BY CHAIN OF COMMAND A SECURITY BREACH IN THE TARRANT COUNTY JAIL SYSTEM, ON OR ABOUT MARCH 21, 2019. SECURITY BREACH WAS CONFIRMED, ON OR ABOUT MARCH 27, 2019 I WAS REMOVED FROM GENERAL POPULATION, RE-CLASSIFIED AS AN ESCAPE-RISK, THEN PLACED INTO MAXIMUM SOLITARY CONFINEMENT AT THE FACILITY OF LON AND EVANS UNTIL OCT 29, 2019. DEFENDANT 2 - I, DAVID SANCHEZ GRIEVED THE INJUSTICE TO LON AND EVANS, LON AND EVANS FAILED TO INVESTIGATE THE PROCESS, LEAVING PLAINTIFF CONFINED ILLEGALLY IN THEIR JAIL FOR 7 MONTHS. THIS HAS OCCURRED TWO TIMES. 1ST TIME - MARCH 27, 2019 - OCT 29, 2019, 2ND TIME - MARCH 14 TO CURRENT DATE, JULY 2020.

VI. RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

(1. REMOVE CLASSIFICATION OF ESCAPE-RISK, (2. DISMISS CURRENT CHARGE IN FT. WORT, TX, (3. DISMISS ALL CHARGES IN JOHNSON COUNTY (4. PAY PLAINTIFF ONE MILLION DOLLARS FOR ALL DAMAGES, PAIN-SUFFERING, MENTAL TRAUMA, FINANCIAL LOSS.

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

DAVID SANCHEZ

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

CURRENT CID# 0708061, DO NOT RECALL TDC #.

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ____ YES __✓__ NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division): ____________

2. Case number: ____________

3. Approximate date sanctions were imposed: ____________

4. Have the sanctions been lifted or otherwise satisfied? ____ YES ____ NO

C. Has any court ever warned or notified you that sanctions could be imposed? _____YES ✓ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

1. Court that issued warning (if federal, give the district and division):_______________
2. Case number:_______________
3. Approximate date warning was issued:_______________

Executed on: 7/22/2020
DATE

David Sanchez
(Signature of Plaintiff)

**PLAINTIFF'S DECLARATIONS**

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this 22 (Day) day of July (month), 20 20 (year).

David Sanchez
(Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

JULY 22, 2020

CLERK OF DISTRICT COURT
NORTHERN DIST. OF TX
FORT WORTH DIVISION
FILED

2020 AUG -7 PM 12:57

4-20CV-828-P

DEPUTY CLERK mw

TO: CLERK OF THE U.S. DISTRICT COURT,

Please find the following inside:

- APPLICATION TO PROCEED IN FORMA PAUPERIS, ORIGINAL AND JUDGES COPY.
- CERTIFICATE OF INMATE TRUST ACCOUNT, ORIGINAL & COPY, WITH UNSWORN DECLARATION ATTACHED.

  NOTE: INSTITUTION OFFICIALS, AND LAW-LIBRARY REFUSED TO MAKE COPIES OF CIVIL SUIT PACKET, AND REFUSED TO FILL-OUT CERTIFICATE OF INMATE TRUST ACCOUNT. PLEASE SEE GRIEVANCE NO. 1 AND 2 FOR DETAILS. DID NOT RECIEVE RESPONSES.
- PRISONERS CIVIL RIGHTS COMPLAINT
- MOTION FOR THE APPOINTMENT OF COUNSEL WITH, AFFIDAVIT RELATING TO INABILITY TO AFFORD COUNSEL
- COMMISARY DEPOSIT SLIPS - DATE OF ARREST 3/14/2020, - CURRENT DATE 7/22/2020

I would like to request confirmation of you having recieved my Civil lawsuit claim, due to the dissappearance of various legal documents.

Thank You & God Bless! :)

* NOTE: I AM AWAITING FOR ALL 2019 GRIEVANCES BY MAIL. I WILL FORWARD AS SOON AS POSSIBLE.

Sincerely
Child of God,
DAVID

MARCH 27

RECEIPT SLIP

TARRANT COUNTY JAIL

---

NAME: SANCHEZ, D[illegible]ID
ID: 0708061
BLOCK: 7
TIER: 3
CELL: A

ORDER NUMBER: 100594014
ORDER DATE: 2020-03-27

BEG BALANCE: $ 60.04

ORDER DETAILS

| ITEM DESCRIPTIO[illegible] | EXTEND |
|---|---|
| [illegible]540 TUBE SOCK [illegible] SIZE F | 1.92 |
| [illegible]016 LIME CHILI W/SHRI[illegible]R | |
| 006 @ $0.87 | 5.22 |
| 1015 MANILLA E[illegible]VELOPE | 0.37 |
| 6179 FC SARDINES IN OIL | |
| 002 @ $2.03 | 4.06 |
| 3230 (EA) ZC PB WAFERS | |
| 002 @ $0.75 | 1.50 |
| 6501 PICKLE (MILD) | 1.50 |
| 3231 (EA) OATMEAL CREME | |
| 004 @ $0.50 | 2.00 |

SUB-TOTAL: $ 16.57
TAX TOTA[illegible]

ORDER T[illegible]TA[illegible] 16.7[illegible]

[illegible]D BA[illegible]

APRIL 13

RECEIPT SLIP

TARRANT COUNTY JAIL

--------------------------------

NAME: SANCHEZ, DAVID
ID: 0708061
BLOCK: 7
TIER: 3
CELL: A

ORDER NUMBER: 100603241
ORDER DATE: 2020-04-13

BEG BALANCE: $ 40.07

================================

ORDER DETAILS

================================

| ITEM DESCRIPTION | EXTEND |
|---|---|
| 6052 HOT SPICY VEG RAMEN | |
| 004 @ $0.87 | 3.48 |
| 1060 8.5 X 11 LETTER PAD W | |
| 002 @ $1.50 | 3.00 |
| 1091 BLACK PEN (PLASTIC CL | 0.50 |
| 3040 ZC ICED OATML COOKIES | 1.50 |
| 3231 (EA) OATMEAL CREME | |
| 002 @ $0.50 | 1.00 |
| 3076 BLUBRY TSTR PASTRY 2/ | |
| 002 @ $1.25 | 2.50 |

================================

SUB-TOTAL: $ 11.98
TAX TOTAL: $ 0.29

ORDER TOTAL: $ 12.27

END BALANCE: $ 27.80

RECEIVED BY:

APRIL 24

RECEIPT SLIP

TARRANT COUNTY JAIL

NAME: SANCHEZ, DAVID
ID: 0708061
BLOCK: 7
TIER: 3
CELL: A

ORDER NUMBER: 100612417
ORDER DATE: 2020-04-24

BEG BALANCE: $ 30.06

================================

ORDER DETAILS

================================

| ITEM DESCRIPTION | EXTEND |
|---|---|
| 3274 ZC MONSTER ICED BUNEE | |
| 002 @ $1.74 | 3.48 |
| 3075 BRN SUGAR TSTR PSTRY | 1.25 |
| 6052 HOT SPICY VEG RAMEN | |
| 007 @ $0.87 | 6.09 |
| 2282 KEEFE ALTURO BLEND CO | 3.90 |
| 2080 SUGAR TWIN PACKET | |
| 010 @ $0.10 | 1.00 |
| 1001 LARGE STAMPED ENVELOP | |
| 002 @ $0.68 | 1.36 |
| 3035 ZC CHOC CHIP COOKIES | 1.50 |

================================

SUB-TOTAL: $ 18.58
TAX TOTAL: $ 0.00

ORDER TOTAL: $ 18.58

END BALANCE: $ 11.48

RECEIVED BY:

DATE:

MAY 8

RECEIPT SLIP

TARRANT COUNTY JAIL

NAME: SANCHEZ, DAVID
ID: 0708061
BLOCK:
TIER: 3
CELL: A

ORDER NUMBER: 100623902
ORDER DATE: 2020-05-08

BEG BALANCE: $ 31.10

ORDER DETAILS

| ITEM DESCRIPTION | EXTEND |
|---|---|
| 0426 SPORT BAR SOAP | 1.74 |
| 1001 LARGE STAMPED E [illegible] | [illegible] |
| 002 @ $0.68 | 1.36 |
| 1060 8.5 X 11 LETTER PAD W | 1.50 |
| 6059 MCHN SHRIMP FLV RAMEN | |
| 005 @ $0.87 | 4.35 |
| 3075 BRN SUGAR TSTR PSTRY | |
| 002 @ $1.25 | 2.50 |
| 3035 ZC CHOC CHIP COOKIES | 1.50 |
| 3231 (EA) OATMEAL CREME | |
| 002 @ $0.50 | 1.00 |

SUB-TOTAL $ 13.95
TAX TOTAL $ 0.12

ORDER TOTAL $ [illegible]

END BALANCE: $ [illegible]

MAY 15

RECEIPT SLIP

TARRANT COUNTY JAIL

NAME: SANCHEZ, DAVID
ID: 0708061
BLOCK: 7
TIER: 3
CELL: A

ORDER NUMBER: 100629714
ORDER DATE: 2020-05-15

BEG BALANCE: $ 30.08

ORDER DETAILS

| ITEM DESCRIPTION | EXTEND |
|---|---|
| 3040 ZC ICED OA[illegible] COOKIES | |
| 00[illegible] @ $1.50 | 3.00 |
| 6016 LIME CHILI W SHRIMP R | |
| 005 @ $0.87 | 4.35 |
| 6501 PICKLE (MILD) | 1.50 |
| 4152 DIBGY ALLSTARS 3.75OZ | 1.53 |
| 2080 SUGAR TWIN PACKET | |
| 005 @ $0.10 | 0.50 |
| 3230 (EA) ZC PB WAFERS | 0.75 |

SUB-TOTAL $ 11.63
TAX TOTAL $ 0.13

ORDER TOTAL $ 11.76

END BALANCE $ 18.3[illegible]

RECEIVED BY

DATE



JUNE 29

RECEIPT SLIP

TARRANT COUNTY JAIL

---

NAME: SANCHE[illegible]
ID: 0708061
BLOCK: 7
TIER: 3
CELL: A

ORDER N[illegible]
ORD[illegible]

[illegible] 35.02

C[illegible] S

ITEM DESCRIPTION EXTEND

6052 HOT _SPICY VEG RAMEN
003 @ $0.87 2.61
6501 PICKLE (MILD) 1.50
3040 ZC ICED OATML COOKIES 1.50
2005 TC COFFEE (1-STICK) 0.45
3026 CHOC DBL DECKER MOON 1.25

SUB-TOTAL: $ 7.31
TAX TOTAL: $ 0.00

ORDER TOTAL: $ 7.31

END BALANCE: $ 27.7[illegible]

RECEIVED BY

DATE

R[illegible]E[illegible]T [illegible]IP

TARRANT COUNTY JAIL

---

NAME: SANCHEZ, DAVID
ID: 0708061
BLOCK: 7
TIER: 3
CELL: A

[illegible]RDER NUMBER: 100668568
ORDER DATE: 2020-06-29

BEG BALANCE: $ 30.00

ORDER DE[illegible]AILS

ITEM DESCRIPTION EXTEND

[illegible]015 100% COLOMBIAN FREEZE 4.90
[illegible]01 PICKLE (MILD) 1.50
[illegible] HOT SPICY VEG RAMEN
[illegible] @ $0.87 [illegible]
6417 CREAMY PEANU[illegible] [illegible]TER 4.35
2080 SUGAR TWIN PACKE[illegible]
010 @ $0.10 1.00
[illegible]031 ZC [illegible]RNG-PNAPPL [illegible]MS 1.50
04[illegible] [illegible]TURIZING SOA[illegible] 1.74

[illegible]B-TOTAL $ [illegible]
TAX TOTA[illegible]

[illegible]ER TOTAL [illegible]

[illegible] BALANCE [illegible]26



JULY 6

REC

T RRAN

NAME: SANCHEZ, DAV
ID: 0708061
BLOCK: 7
TIER: 3
CELL: A

ORDER NUMBER: 100673400
ORD R DATE: 2020-07-06

BEG BALANCE: $ 25 04

ORDER DETAILS

ITEM DESCRIPTION EXTEND

1001 LARGE STAMPED ENVELOP
005 @ $0.68 3.40
0426 SPORT BAR SOAP 1.74
6417 CREAMY PEANUT BUTTER 4.35
6052 HOT SPICY VEG RAMEN
003 @ $0.87 2.61
3040 ZC ICED OATML COOKIES
002 @ $1.50 3.00
6501 PICKLE (MILD) 1.50
2080 SUGAR TWIN PACKET
010 @ $0.10 1.00

SUB-TOTAL: $ 17.60
TAX TOT [illegible]

ORD

END

RECEIVED BY:

JULY 13

RECEIPT SLIP

TARRANT COUNTY JAIL

NAME: SANCHEZ, DAVID
ID: 0708061
BLOCK: 7
TIER: 3
CELL: A

ORDER NUMBER: 100680008
ORDER DATE: 2020-07-13

BEG BALANCE: $ 30.94

ORDER DETAILS

ITEM DESCRIPTION EXTEND

2282 KEEFE ALTURO BLEND CO 3.90
3231 (EA) OATMEAL CRE ME
002 @ $0.50 00
0426 SPORT BAR SOAP 1.74
6501 PICKLE (MILD) 1.50
2115 N/S SS BLACK CHRY
002 @ $0.35 0.70
6673 RICE NOODLES
002 @ $1.62 3.24

SUB-TOTAL: $ 12.08
TAX TOTAL: $ 0.06

ORDER TOTAL: $ 12.14

END BALANCE: $ 18.80

RECEIVED BY

JULY 17

RECEIPT SLIP

TARRANT COUNTY JAIL

-------------------------------

NAME: SANCHEZ, DAVID
ID: 0708061
BLOCK: 7
TIER: 3
CELL: A

ORDER NUMBER: 100685040
ORDER DATE: 2020-07-17

BEG BALANCE: $ 60.10

==================================

ORDER DETAILS

==================================

ITEM DESCRIPTION EXTEND

---- -------------------- ------

1060 8.5 X 11 LETTER PAD W 1.50
6501 PICKLE (MILD) 1.50
2110 N/S S.S FRUIT PNCH
002 @ $0.35 0.70
3076 BLUBRY TSTR PASTRY 2/ 1.25
2081 SUGAR PACKET SINGLE
002 @ $0.10 0.20
3035 ZC CHOC CHIP COOKIES 1.50
6673 RICE NOODLES
002 @ $1.62 3.24
4152 DIBGY ALLSTARS 3.75OZ 1.53

==================================

SUB-TOTAL: $ 11.42
TAX TOTAL: $ 0.31

---------------------

ORDER TOTAL: $ 11.73

=====================

END BALANCE: $ 48.37

RECEIVED BY:

DATE: ____________

JULY 22

RECEIPT SLIP

TARRANT COUNTY JAIL

-------------------------------

NAME: SANCHEZ, DAVID
ID: 0708061
BLOCK: 7
TIER: 3
CELL: A

TOTAL 372.36
MARCH 14 – JULY 22

ORDER NUMBER: 100689290
ORDER DATE: 2020-07-22

BEG BALANCE: $ 28.83

==================================

ORDER DE[illegible]

==================================

ITEM DESCRIPTION EXTEND

---- -------------------- ------

3230 (EA) ZC PB WAFERS
003 @ $0.75 2.25
4152 DIBGY ALLSTARS 3.75OZ 1.53

==================================

SUB-TOTAL: $ 3.78
TAX TOTAL: $ 0.13

---------------------

ORDER TOTAL: $ 3.91

=====================

END BALANCE: $ 24.92

MY CURRENT BALANCE 7-22-2[illegible] $ 28.83

RECEIVED BY: ____________

DATE: ____________

JULY 1[illegible]

RECEIPT SLIP

TARRANT COUNTY JAIL

-------------------------------

NAME: SANCHEZ, DAVID
ID: 0708061
BLOCK: 7
TIER: 3
CELL: A

ORDER NUMBER: 100680008
ORDER DATE: 2020-07-13

BEG BALANCE: $ 30.[illegible]

==================================

ORDER DETAILS

==================================

ITEM DESCRIPTION EX[illegible]

---- -------------------- ------

2282 KEEFE ALTURO BLEND
3231 (EA) OATMEAL CREME
002 @ $0.50 [illegible]
0426 SPORT BAR SOAP
6501 PICKLE (MILD) 1.[illegible]
2115 N/S SS BLACK CHRY
002 @ $0.35 0.70
6673 RICE NOODLES
002 @ $1.62 3.24

==================================

SUB-TOTAL: $ 12.0[illegible]
TAX TOTAL: $ 0.06

---------------------

ORDER TOTAL: $ 12[illegible]

=====================

END BALANCE: $ 18[illegible]

RECEIVED BY





# TARRANT COUNTY JAIL
# INMATE GRIEVANCE FORM

File Nbr.__________

*Press hard when writing*

**Name** DAVID SANCHEZ **CID No.** 0708061

**Housing Assignment** 73A-7 **Date** 7/21/2020

**Is this an "American with Disabilities Act (ADA) Complaint?** **Yes** ☐ **No** ☒

**State your problem as briefly as possible. Place in a "Grievance Envelope", seal and submit to Housing Officer. Keep pink (last) copy for your records.**

ON July 13, on 3rd shift, at 5:30AM I DAVID SANCHEZ SENT OUT A PACKAGE OF A CIVIL LAWSUIT AND A CERTIFICATE OF INMATE TRUST FUND ACCOUNT. I REQUESTED 3 COPIES OF THE CIVIL LAWSUIT, AND I REQUESTED FOR THE CERTIFICATE OF INMATE TRUST ACCOUNT TO BE FILLED OUT AND 3 COPIES.

I SENT THIS OUT ON JULY 13 —— I RECIEVED IT TODAY JULY, 21, 2020

I RECIEVED MY PACKAGE BACK IN ITS ORIGINAL STATE, WITH NO COPIES AND MY CERTIFICATE OF INMATE TRUST FUND ACCOUNT SHEET WAS NOT FILLED OUT. IN FACT, THE REQUEST FORM HAD NOT BEEN STAMPED, MEANING THAT THE LAW-LIBRARY MAY HAVE NEVER RECIEVED MY LEGAL PACKAGE.

QUESTION AND PROBLEM IS: WHERE WAS MY CIVIL LAWSUIT PACKAGE FOR 8 DAYS?

**GRIEVANCE OFFICE USE ONLY******************DO NOT WRITE BELOW THIS LINE**

**Grievance Officer** 22 **Date** July **Code** ______

**Referred to** ______ **Date** ______ **Time** ______

**Response by** ______ **Date** ______ **Time** ______

**GRIEVANCE SUMMARY RESPONSE**

White Copy To File Canary Copy To Inmate (Grievance Response) Pink Copy For Inmate Retention

S-101 GPC-1699 REV. 06-06

#1



# TARRANT COUNTY JAIL
# INMATE GRIEVANCE FORM

File Nbr.________

*Press hard when writing*

**Name** DAVID SANCHEZ **CID No.** 0708066

**Housing Assignment** 73A-7 **Date** 7/16/2020

**Is this an "American with Disabilities Act (ADA) Complaint?** Yes ☐ No ☐

**State your problem as briefly as possible. Place in a "Grievance Envelope", seal and submit to Housing Officer. Keep pink (last) copy for your records.**

SINCE MY ARRIVAL TO 73A-7 I HAVE BEEN HAVING ISSUES WITH LEGAL MAIL GOING OUT AND BEING RECIEVED BY ADDRESSEE. I HAVE HAD 2 OR MORE LEGAL LETTERS TO MY ATTORNEY PAUL PRIVETE DISSAPPEAR. THE STRANGE THING ABOUT IT IS THAT VARIOUS INMATES HOUSED IN SAME HALLWAY WOULD SPEAK REGARDING KEY ELEMENTS IN THOSE MISSING LETTERS OF MINE. MY ATTORNEY CONFIRMED THAT HE HAD ONLY RECIEVED 3 OF 5 LETTERS THAT I MAILED HIM. ALSO, I PERSONALLY HANDED A "CERTIFICATE OF SERVICE", FOR COMMISSARY PURPOSES, TO TWO C.O'S AT DIFFERENT DATES. I ASKED TO HAVE FILLED OUT, TO SEND TO COURT, AND IF THEY COULDNT GET TO IT BY THE END OF THEIR SHIFT I ASKED TO GET IT BACK BEFORE THEY LEFT. I NEVER RECIEVED THOSE TWO LEGAL DOCUMENTS BACK. IT IS 7/16/2020, ON 7/13/2020 I SENT A LARGE YELLOW ENVELOPE WITH LEGAL DOCUMENTS INSIDE FOR COPIES AND A REQUEST FORM ATTACHED WITH A "CERTIFICATE OF INMATE TRUST FUND ACCOUNT", TO BE FILLED OUT AND COPIES. TODAY IS THURSDAY, 7/16/2020. I SENT THEM OUT MONDAY 7/13/2020 AND STILL HAVE NOT RECIEVED LEGAL PAPERS.

**GRIEVANCE OFFICE USE ONLY******************DO NOT WRITE BELOW THIS LINE**

JIAM

**Grievance Officer** ________ **Date** ________ **Code** ________

**Referred to** ________ **Date** ________ **Time** ________

**Response by** ________ **Date** ________ **Time** ________

**GRIEVANCE SUMMARY RESPONSE**

NO STAMP OF RECEIVING

White Copy To File Canary Copy To Inmate (Grievance Response) Pink Copy For Inmate Retention

S-101 GPC-1699 REV. 06-06

LEGAL MAIL




THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2019


DAVID SANCHEZ #0708061
73A-7
100 N. LAMAR ST.
FT. WORTH TX. 76102
United States District Court
501 WEST 10TH Street Room 310
FT. Worth, Tx. 76102
RECEIVED
AUG - 7 2020
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LEGAL MAIL
USA FOREVER
PURPLE HEART